# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DARYL WALLACE, | : | Case No. 3:17-cv-00183 |
| | : | |
| Plaintiff, | : | Judge Thomas M. Rose |
| | : | |
| v. | : | |
| | : | |
| MONTGOMERY COUNTY, OHIO | : | |
| And THE MONTGOMERY COUNTY | : | |
| BOARD OF COMMISSIONERS, et al., | : | |
| | : | |
| Defendants. | : | |

---

**ENTRY AND ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE (DOC. 23) BY PLAINTIFF DARYL WALLACE**

---

This case is before the Court on the Motion to Dismiss With Prejudice (Doc. 23) filed by Plaintiff Daryl Wallace ("Plaintiff"). On December 7, 2017, during a scheduled status conference, Defendants Montgomery County, Ohio and The Montgomery County Board of Commissioners, Sheriff Phil Plummer, and Jerrid Campbell (together, "Defendants") informed the Court that they do not oppose Plaintiff's Motion to Dismiss. Therefore, pursuant to Fed. R. Civ. P. 41(a)(2), the Court **GRANTS** the Motion to Dismiss (Doc. 23) and **DISMISSES WITH PREJUDICE** all of Plaintiff's claims against Defendants in this case. This Order does not terminate the case, however, because the Defendants' cross-claims remain pending.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, December 8, 2017.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE