## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DARYL WALLACE, | : | Case No. 3:17-cv-183 |
| | : | |
| Plaintiff, | : | Judge Thomas M. Rose |
| | : | |
| v. | : | |
| | : | |
| MONTGOMERY COUNTY, OHIO, et al., | : | |
| | : | |
| Defendants. | : | |

---

### ENTRY AND ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT JERRID CAMPBELL, VACATING TELEPHONE SCHEDULING CONFERENCE SET FOR JANUARY 23, 2019, AND REFERRING THIS CASE TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS

---

This case is before the Court on the Motion for Leave to Withdraw as Counsel for Defendant Jerrid Campbell (Doc. 51). Dwight D. Brannon, Matthew C. Schultz, and Brannon & Associates, as well as Jason P. Matthews and Jason P. Matthews, LLC, move the Court to withdraw as counsel for Defendant Jerrid Campbell pursuant to S.D. Ohio Local Rule 83.4(c)(2). They submit an affidavit stating that Mr. Campbell has discharged them as his counsel. For good cause shown, the Motion for Leave to Withdraw (Doc. 51) is **GRANTED**.

Without counsel, Mr. Campbell will proceed pro se in this case. The Court therefore refers this case to the Magistrate Judge for further proceedings under 28 U.S.C. § 636(b) and consistent with General Order 13-01. The Telephone Scheduling Conference previously scheduled for January 23, 2019 is **VACATED** and may be rescheduled by the Magistrate Judge upon referral.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, January 18, 2019.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE