UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DARYL WALLACE,

    Plaintiff,

vs.

MONTGOMERY COUNTY, OHIO, *et al.*,

    Defendants

Case No. 3:17-cv-183

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 63); (2) DISMISSING JERRID CAMPBELL'S CLAIMS WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE; AND (3) CLOSING THIS CASE ON THE COURT'S DOCKET**

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #63), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. #63) is **ADOPTED** in full; (2) Jerrid Campbell's claims are **DISMISSED WITHOUT PREJUDICE**; and (3) this case is **TERMINATED** on the docket.

    **IT IS SO ORDERED.**

Date: April 23, 2019

\*s/Thomas M. Rose
Thomas M. Rose
United States District Judge