# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Daryl Wallace<br>*Plaintiff*<br>v.<br>Montgomery County Ohio/Montgomery County Brd of Commissioners, et al. *Defendant* | Civil Action No. 3:17-CV-183 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment against Defendant Jerrid Campbell and in favor of all other Defendant's on Jerrid Campbell's crossclaims; Jerrid Campbell's claims dismissed without prejudice for failure to prosecute.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for _____ .

Date: 4/24/2019

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk